# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:

15 Park Pl.

2nd fl., Ste 4

Bronxville, NY 10708

Phone: (646) 992-8383

Fax: (718) 504-6962

***mail all correspondence*

FLORIDA OFFICE:

1451 W Cypress Creek Road

Suite 300

Ft. Lauderdale, FL 33309

Phone: (954) 884-5040

Fax: (754) 484-3121

> The request at Dkt. No. 9 is **GRANTED**. The deadline for Plaintiff to file her brief is **EXTENDED** to **August 30, 2026**. The deadline for the Commissioner to file his brief is **EXTENDED** to **October 29, 2026**. The deadline for Plaintiff to file her reply is also **EXTENDED** to **November 30, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 9.
>
> SO ORDERED.    July 2, 2026
>
> _Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

July 1, 2026

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Michelina Trustman v. Comm'r of SSA  1:26-cv-02616-SLC**

Dear Honorable Judge Cave:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on July 1, 2026. Due to an influx in Certified Administrative Record ("CAR") filings which have created multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including August 30, 2026. No previous request for an extension has been made in this case. The Defendant has given consent and further requests that Defendant's Response be due 60 days after Plaintiff's new due date.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Fergus John Kaiser, Esq.   (Via ECF)
       Attorney for Defendant.