# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

August 27, 2026

**Letter Motion:
Second Extension of Time Request**

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007

The request at Dkt. No. 11 is **GRANTED**. The amended briefing schedule set forth below is **ADOPTED**.

The Clerk of Court is respectfully directed to close Dkt. No. 11.

SO ORDERED. August 28, 2026

SARAH L. CAVE
United States Magistrate Judge

**Re: Michelina Trustman v. Comm'r of SSA 1:26-cv-02616-SLC**

Dear Honorable Judge Cave:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on August 30, 2026. Plaintiff's counsel is behind in briefing due to a workload that includes twenty opening briefs in the month of August. Plaintiff therefore writes to respectfully request that the date for Plaintiff's brief be extended 45 days, through and including October 14, 2026. The Defendant has given consent and has requested an additional 60 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due October 14, 2026;
- Defendant's Response Brief due December 13, 2026;
- Plaintiff's Reply Brief, if any, due December 27, 2026.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

<u>/s/Eddy Pierre Pierre</u>
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Fergus John Kaiser , Esq. (Via ECF)
Attorney for Defendant.